Melanie M. Laboy, #021693
Nicole M. Lopez, #033500
**MAYESTELLES PLLC**
3636 N. Central, Ste. 1000
Phoenix, Arizona 85012
Telephone: 602.714.7900
Fax: 602-357-3037
Laboy_courts@mayestelles.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:21-cr-00911-DJH |
|---|---|
| Plaintiff, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| v. | |
| Tammy Michelle Castle, | |
| Defendant. | |

Defendant, through Counsel, respectfully submits our sentencing memorandum. The PSR calculated her total offense level at a 17 with a criminal history category of 1, the guideline range for this category is 24 to 30 months. Defense believes this calculation to be correct and does not object to probation's calculation. The probation officer is recommending that Ms. Castle be placed on probation for 60 months based on her mitigating circumstances and the fact that Ms. Castle was not purchasing firearms for specific people but purchasing them and selling them without the correct licensure to earn extra money. Defense concurs with this assessment and requests that Ms. Castle be placed on probation with no incarceration.

She plead guilty to Count 19 of the Indictment charging a violation of 18 U.S.C. § 924(a)(1)(A), False Statement During Purchase of a Firearm, a Class D Felony Offense and all remaining charges will be dismissed. Pursuant to Fed. R. Crim. P. 11(c)(1)(C), the United States and defendant stipulate that defendant's sentence shall not exceed the low end of the applicable guideline

1

range. Nothing in this agreement shall preclude defendant from moving for a downward departure, variance, or sentence below the cap, or the court from imposing a sentence below the cap.

According to the reports Ms. Castle purchased multiple firearms over the years and kept them "on the shelf" to sell when she needed extra money. ATF conducted an investigation into one of the firearms recovered in California during a traffic stop of another individual and discovered Ms. Castle was the original purchaser. The investigation ensued and they found that she had purchased approximately 50 firearms in 2021. ATF went to speak with Ms. Castle and she explained she does this as a way to supplement her income as she is a homemaker and does not have regular employment. She did not know selling guns in this way was against the law and voluntarily surrendered the weapons she had to the ATF that day. This indictment followed.

Ms. Castle has zero criminal history; she is a mother of several grown children and a grandmother. She has been married to her husband for many years and has worked as a homemaker during much of that time. As the presentence report correctly points out, there is no evidence to show that she was purchasing the firearms for anyone specific. On the contrary she was using this to supplement income. She is aware now of the mistake she made and should not have been dealing in firearms. She is a perfect candidate for probation, she has no violations while out on release and has maintained weekly contact with undersigned counsel as ordered by this court. We concur with the recommendations made by probation and the government for probation. Defense has also submitted several letters of support for the Court's consideration. Several of the letters are from her children outlining what a great supportive mother she has been, and I believe this validates the assessments made by probation and everyone involved, Ms. Castle is a genuinely good person who made a mistake. She will be successful on probation and incarceration serves no meaningful purpose or deterrent. We would request that she be placed on supervised probation for a duration of 3 to 5 years.

2

RESPECTFULLY SUBMITTED this 30 day of November 2022.

**MAYESTELLES PLLC**

By: /s/ Melanie M. Laboy
    Melanie M. Laboy
    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, I electronically transmitted the attached document of the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registered CM/ECF registrant(s):

AUSA Brett Day
Assistant United States Attorney
*Attorney for the United States of America*

By: /s/ Sarah M. Hernandez
    *Paralegal*

**MAYESTELLES PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 1000
PHOENIX, ARIZONA 85012-1927