I would like to start by talking about my wife. I have known her since 7th grade. We have been together since 12 grade. We have 3 beautiful daughters and 1 son who is 14 year old and the youngest. In High school my wife worked in special Ed program with handicap kids and worked special Olympics. After high school she worked with Special needs kids and at Day cares before becoming a full time mom with 3 daughters and also helping my cousins with his 2 babies that we cared for a few while he worked out of his horrible realationship. My Wife has always helped family and friends anytime. She is the one people call if they are in trouble or need a ride or a place to stay. She also helps with her bother who is OCD and border line schizophrenic. She has raised her bother her whole life because of her Dad being an alcoholic and mom struggling with mental issues her whole life. My Wife helps taking them to appointments and shopping. My wife also helps my mom who has alot of physical issues. My wife also helps with out grandchildren. We have 3 now with a 4th on the way. Our grandchildren are my wifes world. This case has been really hard on my wife making her feel sad, worried, humbled, scared, and depressed because she has never done anything wrong a her life. She's never been to court, had a ticket of any kind and always preachs to not speed or anything that is against the law so this has been a shock to her and very worried about going to jail. My Wife is the best person I know

on this earth and she will do everything that is asked of her by the courts. So please give her a second chance, I don't know anybody that deserves one more and I promise she will not be making any more mistakes or ever come back to court. Her family means to the world to her and she means the world to us.

Dear Judge:

My name is Chelsy and Tammy is my mother. I'm happy to write this letter to help everyone understand the person my mom really is and not someone she appears to be due to the charges brought against her. I am her oldest daughter; my mom had me at a very young age and in many ways we grew up together. She and I have a different relationship than my other siblings and have always been very honest with each other. I've been there for my mom the same as she has with me whenever she needs to vent or just needs someone to talk to. As a young mom of three and not very much money my sisters and I never knew any kind of struggle. This is because our mom always made things fun for us and kept any adult worrying away from our sight. For instance when all we had was a swamp cooler in the Arizona heat my mom got us squirt guns and let us wear our bathing suits in the house to keep us cool. As a kid this was our favorite game and as an adult I know it's because our house was uncomfortably hot. Either way this will always be a great memory of mine that could have easily been a miserable childhood flashback. That is just one example of my mom going out of her way to keep us kids happy.

I see my mother continue to do these special things but now with her grandkids and my youngest brother.. She treats my brother, my niece, my daughter, my two step sons and even my new baby (due any day) to special things as much as she possibly can. She'll put together an ice cream sundae bar or play a silly game with them just to see them smile. My daughter's favorite person is her granny Tam. I'm so happy about this because for a short period of time I moved out of state and wasn't sure what relationship my daughter would have with my family but my mom always made an effort to be in our lives. We would video chat every day and we're able to visit each other pretty often as well.It's like we were never away from her.I'm so thankful my kids get to grow up with amazing grandparents like her.

My parents taught me and helping people and being kind was always more fulfilling than an object could ever be. They were always willing to help others even when they didn't have much to give. I can remember many times family and friends come to eat dinner with us or to get some sleep on our couch. They led my example in treating these people with respect and love. Both of them worked in the health service industry providing for people with physical and mental disabilities. I followed them through high school and after also working to take care of the disabled. This job requires patience and love and takes a huge toll on caregivers in every way. The selflessness they show us kids is always something I've looked up to.

What I would like to make important is that my mom is a loving and giving person. She has been this way my entire life. She will always go out of her way to make people have a better day whether they're a stranger or a family member. She would never intentionally do something that could harm anyone. She is an honest person and a good teacher of right from wrong. I'm almost thirty years old and have come to learn being an adult doesn't mean you always know the right answer. Sometimes you make mistakes and you learn from them and become a better person because of it. My mom has grown a lot from this experience and deserves a chance to prove she had learned from her mistake.

Dear Judge,

My name is Ashly Castle and I'm the second daughter of Tammy Castle.I don't really know where to start and by no means am I a writer but I do want to tell you about my mother if you would let me. I understand mistakes were made and now she is in some serious trouble. The first time she sat me down to explain what was going on with all this I was shocked and extremely scared. I don't want to lose her ,she is always there , she's my best friend. It was at least to me a very eye opening experience because my whole life she kept adult problems in the shadows because she never wanted her children to worry but this time she felt it was best to let everyone know what was happening.

My mother raised all of her children to be honest , kind , and strong.We all take pride in knowing we were raised right.  My mother has spent her whole life doing everything for her children. Before there was us she took care of her little brother full time because her mother/my grandma was not in the right state of mind half the time and her father is a severe alcoholic . We didn't know at the time but my uncle/ her brother would be diagnosed with Schizophrenia and taking care of him would be a lifetime commitment. When  highschool came around she left parents house and not long after she had my older sister's and then the rest of us. She dropped out of highschool  and got a job to give us the chance to have the family she never had. When my father got a stable job she became a stay at home mom full time and has been for the last 22 years.

She sees the good in people and always puts everyone before herself.I know without  a shadow of doubt that she would give you her last plate of food even if it meant she would go days without.She was not alway perfect but as we all know no one is. She struggled helping us with our homework or at times dealing with how bad I was. But she alway had good intentions. A few years back I was having a really hard time with life, extremely depressed, and honestly just wanted to give up but there she was my mom picking up the pieces and helping me learn and love life again.More than anything I want my mom to finally get a chance to not just be another stay at home mom her whole life. I don't want her life to be defined by her blind stupidity of this incident . This past year she has done nothing but beat herself up over this court case. She has and will do anything to stay on a good path. All I want is to know that my mom will still be here when my younger sister has her second baby, my little brother goes to high school for the first day and the day I finally get that kindergarten teacher's degree.I strongly believe my mother has learned and will continue  to learn from this incident making her a better person. Please give her the chance to move forward .Thank you for taking the time to read this. I truly appreciate the chance to speak on behalf of my mother.

Sincerely,
Ashly Castle

Dear judge ,

My name is Savanah Castle, third daughter of Tammy Castle. I am writing this letter because I am worried about how my mother's character has been misunderstood. my mother has always been a loving and trusted person in our family .she has always been there for all ,but for me I experienced it first hands, I struggled a lot in school, I have a learning disability witch made My in class experiences not enjoyable .I struggled a lot, and without any frustration my mom knew it wasn't just behavioral reasons. She stood up for me and helped me to get into a program, which got me an (IEP) Individualized Education Program. Which gave me opportunities to learn different strategies than other students without my mom's recognition of my disability, I would have never made it through school. She supported me to try my best without making me stressed to be the best. Every parent wants their child to be a straight A student and my mom knew that was very difficult for me, she just encouraged me to pass ,and try my best , with the program I had the extra help when needed. My mom also was always supported not only with learning in school but also taught us how to overall be a good person to others . Not to care if others didn't like the way I dressed, or was .We didn't have to be popular to be happy and have real friends to always stand up to what is right even if you lose friends they weren't kind or real friends.To always stand up for ourselves.

My mother has always been supportive and never forced me to do anything, after high school I struggled with what I wanted my occupation/dream job to be. Didn't force me to apply ,or to make an income ,or to move out not once said to pay rent ,even when I got pregnant with my first child .Welcome my boyfriend in their house ,ate homemade meals everyday, never made a stress about bills for living and eating at their home .We were always welcome. Even after having my daughter she did not suggest moving out, but it was easier for my boyfriend to move with his family because his mother was ill with diabetes and needed help around the house. She was saddened when we left and missed us in their home, but is always welcome back. My mother loves her grandchildren and babysits them whenever, even at the last minute, with no charge and plays with them and enjoys their company .Never favors one over the other, just an overall Big Love and trust towards them.

Now, a few years later, pregnant with our second child ,she encourages us and is willing to help us find a place of our own. Always there to talk about the struggles of making income, and the increase of living nowadays .I can also vent and she will always have good advice and have open ears , have input that helps me feel better. To see her put in the depressive state that she doesn't deserve ,and is saddens by all .She wanted to do things when she was older and be in different places now that have been taken away from her, because of this .She has done many things with her life and helped her family with their struggles and has been responsible of taking care of her brother at a young age and also having a child at a young age . She's a strong lady that has been torn down and is affecting her overall wellness, and happiness. I do not doubt that you will see that this is hurting her and she has learned a lot from this experience . We all want the best for our mothers and want them to get their dreams especially when they deserve it.

I hope with all my heart that this shows some examples of why my mom is an upright overall good person ,and shouldn't have her character  misunderstood .We no longer want to see her in this distress  and want this to be in the future. So she can have a stress-free holiday with her new grandbabies. Also she can look forward to life and be happy.

Sincerely
Savanah castle

To whom it may concern,

I am writing on behalf of Tammy Cox Castle. I've known Tammy since she was a teenager. She was always very sweet and often had her brother 10 years younger with her. (She couldn't leave him at home parents were very dysfunctional) She was 10 taking care of a baby.

She shared a People's class with my son freshman year. It was a class that helped kids with a variety of disabilities integrate with regular classes. The teachers loved her so much they let her take the class all 4 years of high school. This is where she found her love of working with children and adults with special needs. Once her own kids were in school she got a job at the school where she helped with the Buddy program doing the same thing as in high school. She was the only one that could handle some of the more difficult kids. She encouraged her own kids to volunteer so they could learn compassion and Empathy.

Once she found out a neighbor with 6 kids was struggling she took them food, blankets and some hand me down clothes and blankets. Another time when a cousin was having issues Tammy volunteered to take care of his 2 babies while a single father got on his feet, she had them for almost 2 years. That's the kind of person she is. Even when they have next to nothing Tammy will give you half if you needed it.

My heart broke when she told me about this mess.Because of a terrible mistake she not only has the consequences from the court she also lost any chance of doing a job she loves.She couldn't be any sorrier then she is.

I appreciate your time.
Crystal Castle

John Jenkins

10/17/2022

Your Honor:

My name is John Jenkins Jr, I have known Tammy Castle for well over 25 years. I wanted to write to you and just put my concerns and thoughts for Tammy and her family.

I have known Tammy since my teenage years. She has always been like a sister to me. Someone I could look up to or talk to whenever I needed some advice. As we grew into our older years, she became a confidant and loyal "sister" and friend. I am a single full-time father of three little ones. I have had solo fulltime custody of two of them for the past 7 years. Tammy has always been there for me when I need someone to help with my baby's. She's been a role model and loving mother figure in their lives since they were baby's. I could go on and on with examples of how this wonderful person has been there for me and for many of us in the family.

She's been a model citizen, never a speeding ticket, or anything for that matter. Since I've known her, she's been a loving wife and mother to her 4 great kids. And has loved every second of being a grandmother to her 3 little grandbabies. She is truly one of the kindest soft loving people I have known, and can not believe her and her family are going through this. One misguided uncalculated mistake. Her and her husband (my cousin Tim Castle) have never been people that try to do harm or break laws or hurt anyone. She is just a normal struggling American who is trying to survive in this tuff world, and made a horrible horrible mistake. This is not in her character to be in the court system fighting a case.

There is NO doubt lessons have been learned and life has been changed forever. I only ask for leniency and forgiveness for this family. Let Tammy try to learn and live. Be the wonderful mother grandmother aunty and friend she is and always will be.

Thank you for your time,

John Jenkins Jr

September 19, 2022

Dear Judge;

My name is Debbie Essig, I am a Staff Accountant with Progressive Roofing for the last 22 years. I reside at 4044 W Golden Lane, Phoenix, AZ 85051, 602-348-5205
Email address petapoppins@gmail.com

Re: Sentencing of Tammy Cox Castle

I have known Tammy for over 30 years. I first knew her as a teenager one of the neighborhood kids, taking care of her brother after school, riding bikes on the weekends walking to a friend's house. In a couple of years I got to know her a little bit better as my son's girlfriend, and then later even better as the mother of my granddaughter living in our family home for a couple of years and making the sacrifice of dropping out of high school to care for her baby.

As young relationships often do, theirs did not make it and they both moved on to other relationships. Tammy to the husband she is still married to today, along with the addition of three more children to the family.

Through all of the changes in her life, Tammy and I have remained as Mother – Daughter In law. I admire how she has always continued to choose to have me in her life, and to have all of her children call me their MiMi, to always be included for holiday birthday and other celebrations, to be remembered on my birthday and to be treated always as a current loved one not a past in law.

I admire how she has been a stay at home mom as much as possible to give her children her attention and care. It is so difficult to raise a family without two incomes but is also so hard to have strangers raise our little ones while we try to earn a living. I have seen Tammy facing the difficult decisions of how best to serve her family, and so proud of the great job she has done.

I believe Tammy is naïve due to being a young mother and not having outside business interactions that most of us have and not having the opportunity for further education. I believe Tammy made choices more out of nativity of rules and regulations than a choice of breaking the law and I have seen how much she carries a burden of guilt and shame for making that choice. It breaks my heart to see her so emotionally broken due to a lack of educating herself on the rules.

Respectfully,

Debbie Essig
4044 W Golden Lane
Phoenix AZ  85051
602-348-5205
petapoppins@gmail.com

8-6-2022

To Whom this May Concern;

My name is Kristina Myers-Simpson. I have known Tammy Castle for over 30 years. She was there for me for all three of my Childrens Birth. She also has babysat for me.

Tammy is the most dedicated mother and friend I know. She is always going out of her way for others. She has so many friends and family that Love her.

Tammy is like the glue that holds everything together. She is the fixer of all situations. Without her we would be lost.

Thank You,
Kristina Myers-Simpson

I have known Tammy for a little over 10 years now, she has always been like a second mom to me. She would pick me up for school and bring me home from school. She was always extremely caring and helpful whenever I needed her.  Tammy has always been such a happy positive person and someone I could count on. I know that she is the type of person that will do anything to see her family smile whether its having a big meal cooked or just some kind of activity for everyone to participate in. Ever since I met her I knew I could trust her with anything I may need and that she would be there as soon as she could even though I wasn't one of her own kids she's always treated me as if I was. Even now as an adult she has still proven to me that she will be there if I need her for anything.
Sincerely,  Misty Fowler